# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TRAVIS PHILMLEE, SR.**                                                                                **PLAINTIFF**

**VS.**                         **4:10CV00658 BSM/JTR**

**KARL BYRD; ET AL.**                                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been received. No objections have been filed. After careful review, the proposed findings and recommended disposition are approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff's motion to proceed *in forma pauperis* [Doc. No. 1] is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 30th day of August, 2010.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TRAVIS PHIMLEE, SR.**                                                                        **PLAINTIFF**

**VS.**                            **4:10CV00658 BSM/JTR**

**KARL BYRD; ET AL.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE.

Dated this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE