IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TRAVIS PHIMLEE, SR.**                                                                 **PLAINTIFF**

**VS.**                             **4:10CV00658 BSM/JTR**

**KARL BYRD; ET AL.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE.

Dated this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE